# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0101
Lower Tribunal No. CF15-001260-XX

_____

WINFIELD WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

July 2, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and MIZE, JJ., concur.


Winfield White, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED